

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2019

No. 04-18-00856-CR

Robert Lee **CRIDER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1873
Honorable Rex Emerson, Judge Presiding

## O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on March 25, 2019. *See* Tex. R. App. P. 38.6(a). On the extended due date, Appellant filed a motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on April 24, 2019.

**Any further motion for extension of time to file Appellant's brief will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court